PEOPLE *v.* BRADLEY. Appeal from Recorder's Court of Detroit, Joseph A. Gillis, J. Submitted Division 1 June 8, 1971, at Grand Rapids. (Docket No. 11042.) Decided July 30, 1971.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Gerard A. Poehlman,* Assistant Prosecuting Attorney, for the people.

*Charles Burke,* for defendant on appeal.

Before: R. B. BURNS, P. J., and FITZGERALD and T. M. BURNS, JJ.

PER CURIAM. Defendant was found guilty of the crime of carrying a concealed weapon* and appeals. The people have filed a motion to affirm pursuant to GCR 1963, 817.5(3).

A review of the briefs and records in this cause make it manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Accordingly, the motion to affirm is granted.

---

* MCLA § 750.227 (Stat Ann 1962 Rev § 28.424).